FILED

08 AUG 13 PM 4:06

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08 CR 2718 JAH |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Methamphetamine with Intent to Distribute |
| JOSE GUADALUPE-MAGDALENO, ) | |
| Defendant. ) | |

The grand jury charges:

<u>Count 1</u>

On or about July 18, 2008, within the Southern District of California, defendant JOSE GUADALUPE-MAGDALENO did knowingly and intentionally import 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 1.68 kilograms (3.69 pounds) of methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

SLF:fer:San Diego
8/11/08

Count 2

On or about July 18, 2008, within the Southern District of California, defendant JOSE GUADALUPE-MAGDALENO did knowingly and intentionally possess, with intent to distribute, 500 grams and more of a mixture and substance containing a detectable amount, to wit: approximately 1.68 kilograms (3.69 pounds) of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 13, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
SABRINA L. FEVE
Assistant U.S. Attorney